IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLES JOHNSON**                                                    **PLAINTIFF**

**v.**                           **No. 3:23-cv-203-DPM**

**CARL RECINE, M.D.;**
**JOHN DOES 1-5; and JOHN DOE**
**INSURANCE COMPANIES 1-6**                              **DEFENDANTS**

**JUDGMENT**

Johnson's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2024